**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MATTHEW ZHANE HEI,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>Commissioner of Social Security,<br><br>　　　　　Defendant. | Case No.: 1:24-cv-00103-GSA<br><br>**ORDER OF REMAND AND ENTRY OF JUDGMENT**<br><br><br><br><br><br>**(Doc. 12)** |

**ORDER**

As stipulated (Doc. 14), this case is remanded to the Commissioner per 42 U.S.C. § 405(g) sentence four.

Judgment is directed for Plaintiff.

IT IS SO ORDERED.

Dated:　**May 20, 2024**　　　　　　　　　**/s/ Gary S. Austin**
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE