# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW HEI, | ) Case No.: 1:24-cv-0103 JLT GSA |
| Plaintiff, | ) ORDER AWARDING ATTORNEY'S FEES AND EXPENSES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT |
| v. | ) |
| MARTIN O'MALLEY, Commissioner of Social Security, | ) (Doc. 18) |
| Defendant. | ) |

Matthew Hei and Martin O'Malley, the Commissioner of Social Security, stipulated that Plaintiff shall be awarded fees and expenses in the amount of $7,250.53 pursuant to the Equal Access to Justice Act. (Doc. 26 at 1.) Accordingly, the Court **ORDERS**: Subject to the terms of the parties' stipulation, Plaintiff is **AWARDED** fees and expenses in the amount of $7,250.53 under 28 U.S.C. § 2412(d).

IT IS SO ORDERED.

Dated: __August 21, 2024__                             /s/ Jennifer L. Thurston
                                                         UNITED STATES DISTRICT JUDGE

1